UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   vs.<br><br>CHARMAINE L. GETCHELL, aka<br>CHARMAINE LEE GETCHELL<br><br>               Defendant. | NO.  CV-09-332-CI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION and CLOSING FILE** |

Magistrate Judge Imbrogno filed a Report and Recommendation on April 23, 2010, recommending Plaintiff's Motion for Default Judgment be granted in part. Objections to the Report and Recommendation were due on May 7, 2010. (Ct. Rec. 10.) There being no objections to the Report and Recommendation, the Court **ADOPTS** the Report and Recommendation. Accordingly, IT IS HEREBY ORDERED:

    1.   Plaintiff's Motion for Default Judgment (**Ct. Rec. 10**) is **GRANTED IN PART**.

    2.   Judgment is to be entered in Plaintiff's favor in the amount of **$6,273.00**;

    3.   Court filing fees of **$350.00,** pursuant to 2 U.S.C. § 2412(a)(2) are **GRANTED**;

    4.   Docket fees in the amount of **$20.00** pursuant to 28 U.S.C. §

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1923 are **GRANTED.**

5. This file shall be **CLOSED.**

**IT IS SO ORDERED.** The District Court Executive shall forward copies of this Order to counsel and to Defendant (618 South Jefferson, #4, Spokane, WA 99204).

**DATED** this 24th day of May 2010.

                                   s/Edward F. Shea
                                         EDWARD F. SHEA
                                 United States District Judge

Q:\Civil\2009\09cv332.default.judgment.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION - 2