UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) CV-09-332-CI <br> v. ) <br> ) **JUDGMENT** <br> CHARMAINE L. GETCHELL, aka ) <br> CHARMAINE LEE GETCHELL, ) <br> ) <br> Defendant. ) <br> _____) | |

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.  **IT IS ORDERED** that the Report and Recommendation is **ADOPTED**.

1. Plaintiff's Motion for Default Judgment is **GRANTED IN PART;**

2. Judgment is entered in Plaintiff's favor in the amount of **$6,273.00**;

3. Court filing fees of **$350.00** are **GRANTED**;

4. Docket fees in the amount of **$20.00** are **GRANTED**.

DATED: May 24, 2010


                                               JAMES R. LARSEN
                                               District Court Executive/Clerk

                                               s/ L. Stejskal, Deputy Clerk